UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JUAN TECUAPACHO and ALFREDO TEXIS
*on behalf of themselves and on behalf
of others similarly situated*,

                                        Plaintiffs,

                    -against-


HARU INC. *d/b/a* TAKAHACHI, NATSU
INC. *d/b/a* TAKAHACHI, and HIROYUKI
TAKAHASHI



                                        Defendants.
-----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/2/2021
```

**19-CV-8947 (KHP)**

**STATUS ORDER**

KATHARINE H. PARKER, United States Magistrate Judge:

        The parties in the above-captioned case were required to submit a status report

updating the Court on the progress of discovery by January 27, 2021.  (ECF No. 27.)  No status

report was filed.  As a courtesy, the Court will allow the parties to file the status letter by no

later than February 11, 2021.



                SO ORDERED.

DATED:        New York, New York
              February 2, 2021

                                        _____
                                        KATHARINE H. PARKER
                                        United States Magistrate Judge