```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JUAN TECUAPACHO and ALFREDO TEXIS
*on behalf of themselves and on behalf
of others similarly situated*,

                          Plaintiffs,                      19-CV-8947 (KHP)

        -against-                        **ORDER**

HARU INC. *d/b/a* TAKAHACHI, NATSU
INC. *d/b/a* TAKAHACHI, and HIROYUKI
TAKAHASHI

                          Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      A telephonic case management conference in this case will take place on **May 25, 2021 at 12:30 p.m.** Counsel for the parties are directed to call Judge Parker's conference line at the scheduled time. Please dial (866) 434-5269, access code: 4858267.

      SO ORDERED.

DATED:    New York, New York
               April 7, 2021

                                                   */s/ Katharine H. Parker*
                                                   KATHARINE H. PARKER
                                                   United States Magistrate Judge