# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
10 Grand Central
155 East 44th Street – 6th Floor
New York, New York 10017

Telephone (212) 209-3933
Facsimile (212) 209-7102

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 05/20/2021

May 20, 2021

**BY ECF**

Hon. Katherine H. Parker, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**APPLICATION GRANTED**

*[Signature: Katharine H. Parker]*

Hon. Katharine H. Parker, U.S.M.J.

05/20/2021

    *Re:*    *Tecuapacho, et al. v. Haru Inc., et al.*
            *Case No. 19-CV-8947 (KHP)*

Dear Judge Parker,

    We are counsel to the plaintiffs in the above-referenced matter. A status conference is scheduled before Your Honor on May 25, 2021 at 12:30 p.m. However, the parties are pleased to advise that they have reached a settlement in principle. As such, please accept this letter as the parties' joint request that the conference be adjourned *sine die*, and that they be given until June 18, 2021 to submit the settlement agreement for the Court's review and approval.

    We thank the Court for considering this application.

                                  Respectfully submitted,

                                  Justin Cilenti

cc: Henry Jung, Esq. (by ECF)